UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTER FOR ORTHOPEDICS AND SPORTS MEDICINE,<br><br>    *Plaintiff*,<br><br>v.<br><br>HORIZON; ABC BENEFIT PLANS 1-10; and JOHN/JANE DOES INC./LLC 1-10,<br><br>    *Defendants*. | Civil No.: 13-1963 (KSH) (CLW)<br><br><u>**Order**</u> |

  Upon consideration of the parties' cross motions for summary judgment, for the reasons set forth in the opinion filed herewith,

  **IT IS** on this 30th day of September, 2015, hereby

  **ORDERED** that defendant's motion for summary judgment [D.E. 18] is granted, and it is further

  **ORDERED** that plaintiff's motion for summary judgment [D.E. 21] is denied.

              /s/ Katharine S. Hayden
              Katharine S. Hayden, U.S.D.J.